IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRACY STONER**                                                                  **PLAINTIFF**

**v.**                       **Case No. 3:10-cv-218 KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                             **DEFENDANTS**

## ORDER

Before the Court is separate defendant Correctional Medical Services, Inc.'s motion for admission of Robert D. Moreland *pro hac vice* (Dkt. No. 65). That motion is hereby denied as moot. Mr. Moreland is an attorney admitted to practice in this Court.

IT IS SO ORDERED this 20th day of February, 2013.

                                                                     _____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE