**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TRACY STONER**                                                                                  **PLAINTIFF**

**v.**                                      **Case No. 3:10-cv-00218 KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                                              **DEFENDANTS**

**ORDER**

Based upon counsels' written representations to this Court, this case is removed from the

trial calendar for the week of December 9, 2013.

IT IS SO ORDERED this 3rd day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE