# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TRACY STONER**                                                                                          **PLAINTIFF**

**v.**                            **Case No. 3:10-cv-00218 KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                                                          **DEFENDANTS**

## ORDER

Based upon counsels' written representations to this Court, the pretrial telephone conference scheduled for tomorrow, Thursday, December 5, 2013, beginning at 9:00 a.m., is removed from the calendar.

IT IS SO ORDERED this 4th day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE