IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRACY STONER**                                                                                       **PLAINTIFF**

v.                              Case No. 3:10-cv-00218 KGB

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to the provisions of their settlement agreement and Federal Rule of Civil Procedure 41 (Dkt. No. 99). For good cause shown, the Court grants the parties' joint stipulation of dismissal, dismisses this action with prejudice, and denies all pending motions as moot.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE